# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Kimberly Powers

                               Plaintiff,

v.                                                 Case No.: 1:17−cv−03175
                                                    Honorable Samuel Der−Yeghiayan

Diamand's Family Restaurant, Inc., et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 23, 2018:

      MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to the parties' Stipulation of Dismissal [22], this matter is dismissed in its entirety with prejudice and with each party to bear their own costs. Status hearing set for 2/28/18 is stricken. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.